FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
30 June 2021 12:17 PM lrs
Michelle Rynne, Clerk of Court

1  Jason Scutt, *Pro Se*
2  P.O. BOX 88980
3  HONOLULU HI, 96830
4  808-250-0472
5  Jason.r.scutt@gmail.com
6

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI'I | |
|---|---|
| JASON SCUTT, an individual, on behalf of herself<br><br>Plaintiff<br><br>vs.<br><br>FAMILY LIFE CENTER<br><br>Defendants. | CASE NO.: CV-20-000375 JAO-KJM<br><br>PLAINTIFF'S Motion for Sanctions Regarding Bad Faith Conduct By Attorney; Request for Hearing/Speech Accommodation for Discovery; Motion to Compel Discovery; Certificate of Service<br><br>Trial Date: none set |

7
8
9     **I. Introduction and Facts**

10  This is a request for sanctions against Attorney James Hochberg for bad faith conduct

11  during the initial Rule 16 Conference of Parties in which Mr. Hochberg first

12  demonstrated his contempt for the Federal Rules of Civil Procedure (Fed. R. Civ. P's)

13  by participating in certain hate speech consistent with that of his client. Mr. Hochberg

14  used specific epithets such as "Dog" and "King George..." to disparage LGBTQ

15  individuals as was reported in Plaintiff's Rule 16 Conference of Parties after Plaintiff

16  had requested use of respectful pronouns. Mr. Hochberg has encouraged his client and

17  even participated in procedural manipulation designed to frustrate any early resolution

of the process, despite having made statements agreeing to the possibility and to comply with discovery.

Mr. Hochberg as well as representatives or Alliance members of the Defendant later engaged in harassment as a means of disrupting the discovery process instead of participating in good faith. For example on 3/25/2021, 3/30/2021 a Female representative of the Defendant spoke or broadcast "psst hey Kike.." and similar audible inside Plaintiff's residence (despite hearing impairment); on 4/17/2021 the , 4/24/2021, Plaintiff began to receive verbal, telephonic and/or broadcast messages from both the Unidentified Female Representative andnAlliance members as well as and Mr. Hochberg, including consistent messages such as "hey poo-poo head" "how now brown towel" (which is actually an anti-handicap slurs and specific reference to a "medical" incident described in another interlocutory proceeding. On these examples and several other dates recorded by Plaintiff, Mr. Hochberg could also heard in these broadcasts making obscene sounds and "masterbatting" gestures , including a statement about his use of a "Fleshlight" which is apparently a sex device and also that he thought Plaintiff was "...Participating in the O thing..." , shortly thereafter plaintiff began to receive the harassing emails about "oral depositions" - see exhibit A for an exerpt of those emails as well as a list of slurs and specific dates of occurrence being used to harass Plaintiff. Mr. Hochberg as well as representatives from the defendant participated in most of these and shortly thereafter Plaintiff was not allowed

out or back inside her own residence in the small community. Plaintiff has filed a change of adress with the Court in all related interlocutory proceedings. Alliance members also used terrorizing and threatening/anti-semetic statements such as "get you Pig-raped" and other forms of "rape" as documented in Exhibit A. Finally, Alliance members are using the word "kike" to describe not only people of Jewish faith, but also to specifically identify LGBTQ individuals, as such the Court should construe the use of this word to be expanded to include LGBTQ hate speech specifically. This constant barrage of harassment and hate speech occurred on a daily basis from about March until present, often several times per hour, as documented in a separate journal in more detail. These incidents were reported to the appropriate authorities, including to the FBI and FCC, however no known response has yet been applied.

## II. Jurisdiction

The Fed. R. Civ. P's 11 and 37 ; various statutes, as well as the court's inherent power to impose sanctions

## III. First Cause of Action

Attorney using unlawful harassing tactics in lieu of Compliance:
The Court should consider In re Tuto Wells Contamination Litigation, 120 F. 3d 368 (3d Cir. 1997). and similar case law when compared to Mr. Hochberg's refusal to

comply with the Rule 34 Document request is parallel to these cases where crucial documents were suppresses or withheld.  Also, Mr. Hochberg filed a "Certificate of Service" attesting to the Court under Oath that he had complied with the Interrogatories and Rule 34 Documents requests, however the actual responses to Interrogatories provided were evasive and incomplete and failed to demonstrate even the slightly professional care or standard. Additionally, there was nonresponse whatsoever to the document requests which are currently past due.

The Court should consider Chambers v. NASCO, 501 U.S. 32 (1991) as another parallel example to Mr. Hochberg's attempt to use delay tactics and harassment instead of following the Fed R. Civ . P's. Also Poole v. Textron, 192 F.R.D. 494 (D. Md 2000) in which the Court found that the attorneys acted in bad faith based on similar conduct;  Malautea v. Suzuki Motor Company, 987 F. 2d 1536 (11th Cir. 1993) in which the Court sanctioned the attorneys for deliberately withholding discoverable information and resisting discovery. As such, Mr. Hochberg has intentionally misled the Court by filing the "Certificate of Service" and also by stating in his Conference statements that he was in compliance with all Rules and regulations when in fact he was not.

**IV. Second Cause of Action**

Attorney attempting to harass based on hearing/speech impairment:

During June of 2021, Mr. Hochberg made informal demands in a series of unprofessional emails demanding that Plaintiff participate in "Oral Depositions" despite being notified and agreeing to the use of email and written depositions. Instead of simply agreeing to the accommodation to use written depositions, Mr. Hochberg demands in an intimidating manner that he must do "oral depositions", however does not properly serve any notice or request, nor does he involve the Court in the deviation from the discovery plan.

As such, Plaintiff requests that the Court grant the motion for disability accommodations specifically to allow for email exchange of service as well as written deposition only.  Plaintiff does require some minor assistance /cc text translation for telephone for verbal discussions lasting more than 1 hour based on diagnosed tinnitus in her right ear. Also, the attorney is attempting to agitate injuries from traumatic events and as a result such depositions would likely result in her crying or not being able to continue.

**V. Relief**

Plaintiff respectfully requests that the Court grant the following:

1. <u>Request for Sanctions</u> against the offensive attorney in an amount or action deemed appropriate by the Court
2. <u>Motion to Compel Discovery</u> of the items requested in the Plaintiff's Rule 34 Document Request and for complete and truthful responses to Plaintiff's Interrogatories.

3. Plaintiff also respectfully requests an Order granting the <u>Disability Accommodation for Written Depositions Only</u> for this proceeding as well as all other related/interlocutory proceedings if possible.

**VI. Exhibit A**

- Mr. Hochberg sending creepy unprofessional emails attempting to suggest Plaintiff "meet with him in person" for some reason, also refuses to use pronouns she/her/they and deliberately uses wrong pronouns as a form of harassment:



- Hate Speech Map:
  - 1       (APPARENTLY ALSO TO DISPARAGE TRANS AND OTHER GROUPS)
  - RINKY-DINK    2
  - ATHEIST    3    (Suggesting Jewish people don't believe in God)
  - SINNER 4
  - NIGGER 5
  - SURF NIGGER    6    (Apparently to disparage Hawaiians)
  - WAVE-NIGGER 7    (Apparently to disparage Hawaiians)
  - PRETTY LITTLE VIRGIN    8    (Trans/Homophobic/REFERENCE TO RAPE-SEE BELOW #53)
  - TINKERBELL    9    (Trans/Homophobic)
  - TRANNY    10    (Trans/Homophobic)
  - BUTTERCUP    11
  - GENGIS KAHN    12    (Apparently to refer to Asians)
  - FAG    13
  - FAGGOT        14
  - HOW NOW BROWN TOWEL    15    (To disparage Native Americans)
  - HIAWATHA    16    (To disparage Native Americans and also a reference to incident at Kaiser Hospital)

- POCAHANTAS 17 (To disparage Native Americans)
- GERONIMO 18 (To disparage Native Americans)
- PRAIRY NIGGER 19 (To disparage Native Americans)
- HADJI 20
- HOALE 21
- SAND NIGGER 22
- RASTAFARI 23
- SPIC 24
- BITCH 25
- REEF NIGGER 26 (Apparently to disparage Hawaiians)
- MAZEL TOV 27
- LITTLE 28
- PAINFUL EAR TONES 29
- "ARREVADECHI" 30
- "…GET YOU RAPED" 31
- "…GET YOU GANG RAPED" 32
- "…KILL YOU…: 33
- "SKIKE" 34 (A reference to Last name "Scutt")
- "SCUTT-BUTT" 35 (A reference to Last name "Scutt")
- "GO BACK TO…" 36
- HE/HIM/"UNCLE"/JASON (AFTER PREVIOUSLY USING "AJ") 37 (To disparage transgender)
- BEAZLEBUB 38
- JEZABEL 39
- JUDAS 40
- SHE-HE 41
- THUG 42
- KA-POW 43
- KA-BOOM 44
- HOPE YOU KNOW KARATE 45
- HEY, BLACK BELT 46
- HOPE YOU KNOW HOW TO USE A TOMAHAWK 47
- ABOMONATION 48
- WHITE POWER 49
- HAPPYNESS IS A WARM GUN 50 (KIHEI)
- REEF-KIKE 51
- ECHO 52 ? SUGGESTING CERTAIN CLASSES OF PEOPLE ARE NOT AMERICAN? CHARLIE..
- INNOCENT LITTLE VIRGIN 53 ALSO PRETTY LITTLE, SILLY LITTLE… [RAPE?] "RAPE VIRGIN" IS THE SUGGESTION IN THIS CONTEXT
- HULA-RAPED 54
- PH-KIKE 55 RACIST AGAIST PHILIPINOS?
- GET BAPTIZED 56 RELIGIOUS HARRASMENT
- JESUS IS LORD 57 RELIGIOUS HARRASMENT

- EAR-RING FOR THE HEARING    58    HEARD AFTER PAINFUL EAR TONES (SEE #29 ABOVE) CAUSING HEARNIG LOSS AND PAIN- FIRST TIME WAS RIGHT BEFORE FEDERAL COURT HEARING FOR MAUI LAND AND PINEAPPLE, MULTIPLE ASSUALTS THEREAFTER - SEE #29 ABOVE
- MONKEY    59    RACIST
- SWAMP-CRACKER    60    RACIST AGAINST WHITE PEOPLE?
- SWAMP-HONKEY    61    RACIST AGAINST WHITE PEOPLE?
- SNAKE-IN-THE GARDEN 62    RELIGIOUS HARASSMENT-UNWANTED BIBLICAL REFERENCES
- CONTACT    63    MILITIA PHRASE SHOUTED BY SAME FEMALE - FRUMPY(2-KIHEI)? WHEN I GO OUT IN THE YARD, LIKELY HAS FIREARMS (USED TO ACKNOWLEDGE "ENEMY CONTACT" TO OTHER "SOLDIERS"- COMBAT PHRASE), EX-MILITARY AND/OR MILITIA MEMEBERS ENGAGING IN CONSTANT HARRASMENT
- PIG-RAPED    64
- NIGGER LOVER  65
- FOUL ODORS    66    AS HARASSMENT
- HOPE YOU GET RAPED   67
- PISTOL-WHIPPED    68
- SPEAR-CHUCKER    69
- NIGGER-RAPED 70
- DONKEY MEAT  71
- ONLINE OR IN PERSON STALKING/ TELEPHONIC HARRASMENT    72    HOPE YOU KNOW TEA KWON DO ETC. = TERROSITIC THREATENING
- HIPPA VIOLATION    73    ON MULTIPLE OCCASIONS, PRIVATE HEALTH INFO WAS EXPOSED AS RETALATION/HARASSMENT OR AS MANUPULATION METHOD OF ASKING FOR MONEY FROM FAMILY ON THE MAINLAND, SEE UNREIMBURED HEALTH CARE RECEIPTS, ETC.
- ANTI-HANDICAP SLURS  74    ANOREXIC SCUM SIMILAR TO [VERB] BODY DYSHPMORPHIC SCUM OR OTHER DEROGATORY TERM FOR PEOPLE WITH DISABILITIES , DANGER TO MINORS UNDER CARE OF THESE INDUVIDUALS WHO DON'T UNDERSTAND MENTAL ILLNESS AND GENDER DIVERSITY, ALSO "POO POO HEAD (ALSO REFERNECE TO BROWN TOWEL INCIDENCT FROM #15 ABOVE, SCHIZO, IMPOTENT, CASTRATED, RETARD, MENTAL PATIENT," ETC.  ALSO RELATED TO #77 BELOW
- MEDICAL MALPRACTICE/INTEFFERNCE WITHN PRESCRIPTION AS PROTEST/HARASSMENT/ABUSIVE "BEHAVIOR HEALTH" "CLINICAL" PROCEDURES WITH NO MEDICAL VALUE USED TO HARASS ALONG WITH HATE SPEECH    75    UNITED HEALTHCARE,KAISER PERM, MALAMA CLINIC (TARAYLN GERMAN), WCCC? LAVENDER CLINIC?
- LAST NIGHT I WAS IN YOUR ROOM    76
- THREATS TO FOOD INTEGRITY    77
- LADY-BOY    78
- FAIRY    79
- LIBERACHE    80
- WATER-NIGGER 81    BECAUSE I WASH MY ASS?
- BLIGGER    82    REF TO BLACK LIVES MATTER
- SHOTGUN MEAT    83
- DOG    84    SAID BY LAWYER

- KING GEORGE   85   SAID BY LAWYER
- MAUI PICKS ITS PEOPLE 86   COMMON LOCAL SAYING, DICTATES WHO ISNT ELIGIBLE OR NOT WELCOME TO THE SAME EQUALITY IN MANY ADMINISTRATIVE PROCESSES
- KDIKE   87   ANTI LGBTQ AND ANTI SEMETIC
- MACGYVER   88   ANTI-LGBTQ, ANTI-LESBIAN?
- DE-THRONED A DRAG QUEEN   89   COMMON MAUI PEOPLE SAYING TO DISPARAGE TRANSGENDER/LGBTQ
- KRIKE

DATED: Honolulu, Hawai'i Wednesday, June 30, 2021
**JASON SCUTT**
/s/ Jason Scutt
Jason.r.scutt@gmail.com

Jason Scutt, Pro Se
P.O. BOX 88980
HONOLULU HI, 96830
808-250-0472
Jason.r.scutt@gmail.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI'I

| JASON SCUTT, an individual, on behalf of herself<br><br>Plaintiff<br><br>vs.<br><br>FAMILY LIFE CENTER<br><br>Defendant. | CASE NO.: CV-20-000375 JAO-KJM<br><br>Plaintiff's Motion for Sanctions Regarding Bad Faith Conduct By Attorney; Request for Hearing/Speech Accommodation for Discovery; Motion to Compel Discovery; Certificate of Service<br><br>Trial Date: none set |
|---|---|

## CERTIFICATE OF SERVICE

I certify, on the date below, a copy of the foregoing document was duly served upon the following party as indicated below:

James Hochberg, Attorney
700 Bishop St, Suite 2100, Honolulu Hi, 96813
Served via email

DATED: Honolulu, Hawai'i Wednesday, June 30, 2021
/s/ JASON SCUTT

Jason Scutt, *Pro Se*
P.O. BOX 88980
HONOLULU HI, 96830
808-250-0472
Jason.r.scutt@gmail.com

10